IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN M. GIAMPIETRO, and<br>SAMUEL GIAMPIETRO | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| VIATOR, INC., and<br>TRIPADVISOR LLC | :<br>: | NO. 15-3920 |

ORDER

AND NOW, this 29th day of September, 2015, upon consideration of defendants' motion to dismiss (docket entry #8) and plaintiffs' response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendants' motion to dismiss (docket entry #8) is DENIED; and

2. Defendants shall ANSWER the complaint by noon on October 13, 2015.[1]

BY THE COURT:

_/s/ StewartDalzell, J._
Stewart Dalzell, J.

---

[1] If the parties would like to avail themselves of Magistrate Judge Hart's mediation skills, they shall ADVISE us by fax (215-580-2156) by this deadline.